C. Larry O'Rourke (State Bar No. 219255)
larry.o'rourke@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
3300 Hillview Ave
Palo Alto, California 94304-1203
Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666

Roger D. Taylor (To Be Admitted *Pro Hac Vice*)
roger.taylor@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P
303 Peachtree Street, N.E.
Atlanta, GA  30308-3263
Telephone: (404) 653-6400
Facsimile:  (404) 653-6444

Linda Thayer (State Bar No. 195115)
linda.thayer@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, Massachusetts 02142-1215
Telephone:   (617) 452-1600
Facsimile:    (617) 452-1666

Attorneys for Plaintiffs
MARVELL SEMICONDUCTOR, INC.
and MARVELL ASIA PTE., LTD.

**GRANTED**
/s/ James Ware
Judge James Ware
1/16/2009

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INTEL CORPORATION,<br>　　　　　Plaintiff,<br>　　v.<br>WI-LAN, INC., WI-LAN TECHNOLOGIES CORPORATION, WI-LAN TECHNOLOGIES, INC., and WI-LAN V-CHIP CORP.,<br>　　　　　Defendant. | Case No. 5:08-cv-4555 (JW)<br><br>Honorable James Ware<br><br>**[PROPOSED] ORDER GRANTING MARVELL SEMICONDUCTOR, INC. AND MARVELL ASIA PTE. LTD.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [Civ. L.R. 3-12]** |

1 **This Document Relates to:**

2 *Marvell Semiconductor, Inc. and Marvell Asia Pte. Ltd. v. Wi-LAN, Inc.*

3 N.D. Cal. Case No. 5:08-cv-05544 JW

4 This matter comes before the Court in Marvell Semiconductor, inc. and Marvell Asia Pte.

5 Ltd's ("Marvell") Administrative Motion to Consider Whether Cases Should be Related, filed on

6 December 16, 2008, pursuant to Civil Local Rule 3-12.  The Court, having fully considered the

7 papers and pleadings on file and submitted herewith, and good cause appearing,

8 HEREBY GRANTS Marvell's Administrative Motion to Consider Whether Cases Should

9 be Related.

10 **IT IS SO ORDERED** that the following cases are related within the meaning of Local

11 Rule 3-12(e):

12 *Intel Corporation v. Wi-LAN, inc., et al.*     Case No. 5:08-cv-4555 (JW)

13 *Broadcom Corporation, et al. v. Wi-LAN, Inc.*     Case No. C 08-05543 EMC

14 *Marvell Semiconductor, Inc., et al. v. Wi-LAN,Inc.*   Case No. 5:08-cv-05544 (JW)

15 This order also terminates Docket Item No. 23 in Case No. 08-04555 JW.

16 Dated: _Jan 16, 2009_     _____

17                                              The Honorable James Ware
                                                 United States Magistrate Judge

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEL CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>WI-LAN, INC., WI-LAN TECHNOLOGIES CORPORATION, WI-LAN TECHNOLOGIES, INC., and WI-LAN V-CHIP CORP.,<br><br>        Defendants. | Case No. 5:08-cv-4555 (JW)<br><br>**PROOF OF SERVICE** |

**This Document Relates to:**

*Marvell Semiconductor, Inc. and Marvell Asia Pte. Ltd. v. Wi-LAN, Inc.*

N.D. Cal. Case No. 5:08-cv-05544 JW

   I hereby certify that a copy of the **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** will be served via the Court's electronic case filing system on the following:

   Adam R. Alper
   Christian Chadd Taylor
   Kirkland & Ellis LLP
   555 California Street, 24th Floor
   San Francisco, CA 94101-1501
   aalper@kirkland.com
   ctaylor@kirkland.com

   Gregory S. Arovas
   John M. Desmarais
   Kirkland & Ellis LLP

1  |  153 East 53rd Street
2  |  New York, NY 10022-4675
   |  garovas@kirkland.com
   |  jdesmarais@kirkland.com
3  |  *Attorneys for Plaintiff Intel Corporation*

4  |  A. James Isbester
   |  Townsend and Townsend and Crew LLP
5  |  Two Embarcadero Center, Eighth Floor
   |  San Francisco, CA 94111
6  |  Jamie@itpatentcounsel.com
   |  *Attorney for Defendant Wi-LAN, Inc.*

DATED:  December 16, 2008          /s/ C. Larry O'Rourke_____
                                        C. Larry O'Rourke