GRANTED

*Judge James Ware*

2/9/2009

TOWNSEND AND TOWNSEND AND CREW LLP
A. James Isbester (State Bar No. 129820)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jisbester@townsend.com

Specially appearing as attorneys
for defendant Wi-LAN Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARVELL SEMICONDUCTOR, INC., and MARVELL ASIA PTE., LTD.<br><br>Plaintiffs,<br><br>v.<br><br>WI-LAN INC.,<br><br>Defendant. | Case No. C 08-CV-05544 JW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

Specially appearing defendant Wi-LAN Inc., by and through its counsel, requests that defendant's time to answer or otherwise respond to the complaint herein be extended until February 25, 2009.

This stipulated request is made on the grounds that defendants require the additional time in which to prepare appropriate responses. The complaint in this case was filed on December 10, 2008.  Plaintiffs Marvell Semiconductor, Inc. and Marvell Asia Pte., Ltd. do not oppose defendants' request.

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND
TO AMENDED COMPLAINT                                                                                                         - 1 -
Case No. C 08-CV-05544 JW
Dallas 271060v1

1
2      So stipulated,
3
4  Dated: January 16, 2009                TOWNSEND AND TOWNSEND AND CREW LLP
5
6                                         By:      /S/
                                           A. James Isbester (SBN 129820)
7                                          TOWNSEND AND TOWNSEND AND
                                              CREW LLP
8                                          Two Embarcadero Center Eighth Floor
                                           San Francisco, CA 94111
9                                          Telephone: (415) 576-0200
                                           Facsimile:  (415) 576-0300
10                                         Email:  jisbester@townsend.com
11
                                           Attorneys for defendant Wi-LAN Inc.
12
13 Dated: January 16, 2009                 FINNEGAN, HENDERSON, FARABOW,
                                           GARRETT & DUNNER, LLP
14
15                                         By:      /S/
                                           C. Larry O'Rourke (SBN 219255)
16                                         FINNEGAN, HENDERSON, FARABOW,
                                              GARRETT & DUNNER, LLP
17                                         3300 Hillview Ave.
                                           Palo Alto, California 94304-1203
18                                         Telephone: (650) 849-6600
                                           Facsimile: (650) 849-6666
19                                         Email:  larry.o'rourke@finnegan.com
20
                                           Attorneys for plaintiffs Marvell
21                                         Semiconductor, Inc. and Marvell Asia Pte.,
                                           Ltd.
22
23       Upon the parties' stipulation, and good cause appearing therefor, it is SO ORDERED.
24
25  Dated:  ___February 9___, 2009      By: /s/ James Ware
                                           United States District Court Judge
26
27
28
STIPULATION AND ORDER TO EXTEND TIME TO RESPOND
TO AMENDED COMPLAINT                                                                    - 2 -
Case No. C 08-CV-05544 JW
Dallas 271060v1

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this date with a copy of this document via the Court's CM/ECF system per General Order No. 45(IX)(B).  Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

    Executed on January 23, 2009, at San Francisco, California.

/s/
Victoria E. Hopper

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND
TO AMENDED COMPLAINT - i -
Case No. C 08-CV-05544 JW
Dallas 271060v1